NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB MINNER, | Case No.: 3:16-cv-05696-RS |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING DEFENDANT EQUIFAX, INC.'S TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| EQUIFAX, INC., et al., | |
| Defendants. | Current Response date: November 3, 2016<br>New Response Date: January 3, 2017 |

Plaintiff Bob Minner and Defendant Equifax, Inc. have filed a stipulation requesting the Court extend Defendant Equifax, Inc.'s time to respond to the initial Complaint through and including January 3, 2017. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 11/3/16

_____
Judge, United States District Court
for the Northern District of California